AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. Section 1028(a)(6) - Fraud and Related Activity in Connection with Identification Documents and Information (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum 1 year prison sentence; Maximum fine $100,000.00; Maximum supervised release term 1 year; Maximum term of probation 5 years; Mandotary special assessment $25.00; Deportation

### DEFENDANT - U.S.

▶ SONIA MORA ROMERO, a/k/a Roselle Vega Romero

**DISTRICT COURT NUMBER**

CR07-00608 WDB

E-filing

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from show District

FILED
SEP 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
DEPARTMENT OF STATE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** SAUSA BRYAN R. WHITTAKER

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

FILED
2007 SEP 24 PM 3:24
RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00608 WDB |
| Plaintiff, ) | |
| v. ) | VIOLATION: Title 18, United States Code, Section 1028(a)(6) - Fraud and Related Activity in Connection with Identification Documents and Information (Class A Misdemeanor) |
| SONIA MORA ROMERO, ) (a/k/a Roselle Vega Romero), ) | |
| Defendant. ) | OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

On or about October 16, 2006, in the Northern District of California, the defendant,

SONIA MORA ROMERO
(a/k/a Roselle Vega Romero),

did knowingly possess an identification document that was or appeared to be an identification document of the United States that was produced without lawful authority, to wit: a Puerto Rican birth certificate issued in the name of Roselle Vega Romero, knowing that such document was produced without lawful authority, in violation of Title 18, United States Code,

*United States v. Sonia Mora Romero*;
INFORMATION

1  Section1028(a)(6), a Class A misdemeanor.

3  DATED:   September 14, 2007

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            W. DOUGLAS SPRAGUE
                                            Chief, Oakland Branch

(Approved as to form: _____)
                          SAUSA WHITTAKER

*United States v. Sonia Mora Romero*;
INFORMATION