# MAGISTRATE JUDGE MINUTE ORDER

| | | |
|---|---|---|
| **DEPUTY CLERK:** Sarah Weinstein for Ivy Garcia | **REPORTER/TAPE NO.:** FTR 9/28/2007 9:45 - 10:00 a.m. | |
| **MAGISTRATE JUDGE:** WAYNE D. BRAZIL | **DATE:** September 28, 2007 | ☒ **NEW CASE** **CASE NUMBER:** CR 07-608 WDB |

## APPEARANCES

| | | | | | |
|---|---|---|---|---|---|
| **DEFENDANT:** SONIA MORA ROMERO | **AGE:** | **CUST:** N | **P/NP:** P | **ATTORNEY FOR DEFENDANT:** ALFREDO M. MORALES | ☐ PD ☐ APPT ☐ RET |
| **U.S. ATTORNEY:** BRYAN R. WHITTAKER | **INTERPRETER:** Ines S. Swaney | | | FIN. AFFIDAVIT SUBMITTED ☐ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| **PROBATION OFFICER:** | **PRETRIAL SERVICES OFFICER:** TAIFA GASKINS | | | | |

**FILED SEP 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ OR ARRAIGNMENT | ☐ BOND POSTING/SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

## RELEASE

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |

**PROPERTY POSTED/TO BE POSTED** — ☐ CASH $  ☐ CORPORATE SECURITY  **REAL PROPERTY:** ☐

| | | | | |
|---|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

**ORDER REMOVED TO THE DISTRICT OF** _____  **OTHER:** _____

## PLEA

| | | | |
|---|---|---|---|
| ☒ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

## CONTINUANCE

**TO:** 11/29/2007  **AT:** 10:00 a.m.  **BEFORE HON.** Wayne D. Brazil

| | | | |
|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ BOND POSTING/SIGNING | STATUS RE: CONSENT ☐ | ☐ JURY TRIAL |
| ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

## ADDITIONAL PROCEEDINGS

The Court advised Defendant of her rights, the charges pending against her, the possible penalties, and the right to have her own attorney, instead of sharing one with her husband, Defendant Manual Alvarez. Defendant indicated on the record that she wanted to proceed with her retained attorney, Mr. Morales, who also is representing the Defendant's husband. The Court also advised Defendant of her right to have her case heard by a District Court Judge. Defendant declined and signed the Consent to Proceed before a United States Magistrate in a Misdemeanor Case. The United States informed the Court that they were not seeking detention, and that the matter was close to being worked out with defense counsel. Defense counsel agreed and asked that the matter be continued until late November for status. The United States moved to exclude time for effective preparation and continuity of counsel. The Court GRANTED the Motion. Defendant's next appearance before this Court is on November 29, 2007, at 10:00 a.m. for further status.

Copies: WDB, PTS, Stats