AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----

VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Unlawful Possession of Identification Documents

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
Max. Imprisonment One Year; Max. Fine $100,000; Max. Supervised Release One Year; and Mandatory Special Assessment of $25

---- DEFENDANT - U.S. ----

▶ SONIA MORA ROMERO,

DISTRICT COURT NUMBER
CR 07-00608 – WDB

[FILED stamp: NOV 29 2007, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND]

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
Dept. of State-Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
CR07-00608

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) BRYAN R. WHITTAKER AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SONIA MORA ROMERO,<br> (a/k/a Roselle Vega Romero),<br><br>  Defendant. | No. CR 07-00608 WDB<br><br>VIOLATION: Title 18, United States Code, Section 1028(a)(6) - Unlawful Possession of Identification Documents (Class A Misdemeanor)<br><br>OAKLAND VENUE |

## SECOND SUPERCEDING INFORMATION

The United States Attorney charges:

On or about October 23, 2006, in the Northern District of California, the defendant,

SONIA MORA ROMERO
(a/k/a Roselle Vega Romero),

did knowingly possess an identification document that was or appeared to be an identification document of the United States that was stolen or produced without lawful authority, to wit: a Puerto Rican birth certificate issued in the name of Roselle Vega Romero, knowing that such document was stolen or produced without lawful authority, in violation of Title 18, United States

*United States v. Sonia Mora Romero*;
SUPERCEDING INFORMATION

1  Code, Section 1028(a)(6), a Class A misdemeanor.
2
3  DATED:   November 29, 2007                SCOTT N. SCHOOLS
                                              United States Attorney
4
5
6                                             _____
                                              W. DOUGLAS SPRAGUE
7                                             Chief, Oakland Branch
8
9  (Approved as to form: _____ )
                          SAUSA WHITTAKER
10

*United States v. Sonia Mora Romero*;
SUPERCEDING INFORMATION