JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00608 WDB |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
| v. | |
| SONIA MORA ROMERO (a/k/a Roselle Vega Romero), | Date:  April 23, 2008<br>Time:  10:00 a.m.<br>Court: Hon. Wayne D. Brazil |
| Defendant. | |

For the reasons set forth in the Declaration of James C. Mann filed under seal, the parties request that Defendant's currently scheduled sentencing hearing date of April 23, 2008 be continued to May 13, 2008 at 10:00 a.m.

DATED: April 17, 2008

     /s/                                          /s/
JAMES C. MANN                   ALFREDO MORALES
Assistant United States Attorney    Counsel for Sonia Mora Romero
Counsel for United States

STIP. REQ. TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
No. CR-07-00608 WDB

1   **IT IS HEREBY ORDERED** that Defendant's sentencing hearing in this case be
2   rescheduled from April 23, 2008 to May 13, 2008 at 10:00 a.m.
3
4
5   DATED:_____                    _____
                                                HON. WAYNE D. BRAZIL
6                                               United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
No. CR-07-00608 WDB