1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:   (510) 637-3724
      E-Mail:    James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-07-00608 WDB
                                     )
14         Plaintiff,                )    STIPULATED REQUEST TO CONTINUE
                                     )    SENTENCING HEARING AND ORDER
15    v.                             )
                                     )    Date:        April 23, 2008
16  SONIA MORA ROMERO                )    Time:        10:00 a.m.
    (a/k/a Roselle Vega Romero),     )    Court:       Hon. Wayne D. Brazil
17                                   )
                                     )
18         Defendant.                )
                                     )
19  _____ )

20       For the reasons set forth in the Declaration of James C. Mann filed under seal, the parties

21  request that Defendant's currently scheduled sentencing hearing date of April 23, 2008 be

22  continued to May 13, 2008 at 10:00 a.m.

23

24  DATED:  April 17, 2008

25

26  _____/s/_____              _____/s/_____
    JAMES C. MANN                            ALFREDO MORALES
27  Assistant United States Attorney         Counsel for Sonia Mora Romero
    Counsel for United States
28

STIP. REQ. TO CONTINUE SENTENCING HEARING AND ORDER
No. CR-07-00608 WDB

**IT IS HEREBY ORDERED** that Defendant's sentencing hearing in this case be rescheduled from April 23, 2008 to May 13, 2008 at 10:00 a.m.

DATED:  April 21, 2008

HON. WAYNE D. BRAZIL
United States Magistrate Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING AND ORDER
No. CR-07-00608 WDB