1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No.  CR 07-608 WDB
                                     )
14        Plaintiff,                 )
                                     )   NOTICE OF SUBSTITUTION OF
15        v.                         )   ATTORNEY
                                     )
16  SONIA MORA ROMERO,               )
                                     )
17        Defendant.                 )
                                     )
18

19      Please take notice that as of April 22, 2008, the Assistant United States Attorney

20  whose name, address, telephone number and e-mail address listed below is assigned to be

21  counsel for the government.

22                              JAMES C. MANN
                          Assistant United States Attorney
23                         1301 Clay Street; Suite 340S
                            Oakland, California 94612
24                          Telephone:  (510) 637-3705
                              Fax: 510/637-3724
25                      E-mail:  James.C.Mann@usdoj.gov

26      The Clerk is requested to change the docket sheet and other court records so as to

27  reflect that all orders and communications from the court will in the future be directed to

28  ////


SUBSTITUTION OF ATTORNEY

1  AUSA James C. Mann at the above mailing address, telephone number, facsimile number
2  and e-mail address.
3
4
   DATED:  April 22, 2008                    Respectfully submitted,
5
                                             JOSEPH P. RUSSONIELLO
6                                            United States Attorney
7
8                                            _____/s/_____
                                             JAMES C. MANN
9                                            Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY