05/19/2008 01:53 PM EST

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | SONIA MORA ROMERO | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 4461002183 | 1 | PR | 25.00 | 05/13/2008 |

Case No. DCAN407CR000608  US VS ROMERO

Division Payment Total   25.00

Grand Total   25.00

$ 25.00  SPECIAL ASSESSMENT
PAID IN FULL   cs   5/13/08

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Page 1 of 1